**United States District Court**
For the Northern District of California

1

2

3

4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

7   D.O.C. RESTAURANT GROUP, LLC            No. C09-0949 CRB (JCS)

8           Plaintiff(s),                    **NOTICE AND ORDER SETTING
                                            FURTHER SETTLEMENT**
9        v.                                  **CONFERENCE**

10   SCOTT ALLEY ASSOCIATES, LLC, ET
    AL.,
11

12           Defendant(s).
                                         /
13

14  TO ALL PARTIES AND COUNSEL OF RECORD:

15        You are hereby notified that a Further Settlement Conference is scheduled for **April 30,**

16  **2009, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California

17  94102.  Updated confidential settlement conference statements shall be lodged with the Court by

18  **April 24, 2009.**

19        Lead trial counsel shall appear at the Settlement Conference with the parties and persons

20  having unlimited authority to negotiate and settle the case.

21        The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this

22  case settles prior to the date set for the Further Settlement Conference.  All other provisions of this

23  Court's original Notice and Settlement Conference Order remain in effect.

24        IT IS SO ORDERED.

25

26  Dated:  April 16, 2009

27                                            JOSEPH C. SPERO
                                            United States Magistrate Judge
28