ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
JULIO C. AVALOS (State Bar No. 255350)
javalos@orrick.com
ORRICK HERRINGTON AND SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Plaintiff
D.O.C. RESTAURANT GROUP, LLC dba A16
RESTAURANT AND WINE BAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.O.C. RESTAURANT GROUP, LLC dba A16 RESTAURANT AND WINE BAR, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT ALLEY ASSOCIATES, LLC dba A5 STEAK LOUNGE, a California limited liability company; and ALBERT CHEN, an individual,<br><br>　　　　　　Defendants. | Case No.  C 09-00949 CRB<br><br>[~~PROPOSED~~] JUDGMENT AND PERMANENT INJUNCTION |

Heller
Ehrman LLP

Error! Unknown document property name.

1  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be and hereby is entered for Plaintiff in this action, and that effective March 24, 2009, *nunc pro tunc*, Defendants and the other persons identified herein were, are and shall be permanently enjoined as follows.

1.  Scott Alley Associates LLC, Albert Chen, Stephen Chen, Marc Vogel, Donovan Friedman, and all other members, employees, officers, and agents of each of them, and all persons acting in concert with each of the foregoing who have actual notice of this permanent injunction by personal service or otherwise, shall be and hereby are permanently enjoined, restrained and prohibited from using as a service mark the mark A5, or any other mark confusingly similar to Plaintiff's mark A16 including without limitation any letter "A" plus number mark. Use as a service mark includes, without limitation, the use of the mark as the name of any restaurant, bar or lounge or use in a uniform resource locator (URL) as a domain name for a web site.

2.  Defendants shall adopt a new mark consistent with the foregoing requirements, hereafter known as the "Replacement Mark." Any Replacement Mark shall not be confusingly similar to Plaintiff's A16 mark. In particular, though without limitation, any Replacement Mark that is a composite mark including a letter-"A"-plus-number as a part thereof must comply with the following requirements: (a) each part of the letter-"A"-plus-number portion shall be contiguous to the other portions of the composite mark such that there shall be no spaces between; and (b) each part of the letter-"A"-plus-number portion of the composite mark shall be of the same size, font and color as each of the other portions of the composite mark; and (c) each part of the letter-"A"-plus-number portion shall not be emphasized by the use of italics, underlining or other standard means of emphasis unless the remainder of the composite mark also uses such means of emphasis. Provided that Defendants comply with the foregoing requirements, use of 5A5 as a Replacement Mark shall not be a contempt of this injunction.

3. The following shall not be a contempt of this injunction: (a) a single run of Defendants' previously placed print advertisement using the name A5 in the *7x7* magazine published on or before April 10, 2009; (b) persistence of the A5 mark in archived online information outside of Defendants' control.

4. Defendants shall give notice in writing of this permanent injunction to all members and employees of Scott Alley Associates LLC and shall file a declaration of compliance herewith identifying those persons and their addresses to whom notice has been provided within ten days of the entry of this judgment and permanent injunction.

5. The Court expressly reserves jurisdiction to enforce this judgment and permanent injunction as well as the confidential settlement agreement between the parties.

IT IS SO ORDERED.

DATED: 4/30/09

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

Annette L. Hurst, Esq.
Orrick, Herrington & Sutcliffe
405 Howard Street
San Francisco, CA 94105

*/s/ Annette L. Hurst*

So stipulated:

Ivo Labar, Esq.
Kerr & Wagstaffe
**100 Spear Street, Suite 1800**
**San Francisco, CA 94105-1528**

*/s/ Ivo Labar*

[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION
CASE NO.: C 09-00949