# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 09-00949 CRB (JCS)**

**CASE NAME:  D.O.C. RESTAURANT GROUP, LLC v.  SCOTT ALLEY ASSOCIATES, LLC ET AL**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: April 30, 2009    **TIME: 6.5 hrs** | **COURT REPORTER**: <u>Not reported</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Annette Hurst | <u>**COUNSEL FOR DEFENDANT:**</u><br>Ivo Labar |

### PROCEEDINGS

☐   SETTLEMENT CONFERENCE           **X**   FURTHER SETTLEMENT CONFERENCE

☐   DISCOVERY CONFERENCE

☐   STATUS CONFERENCE RE: _____

☐   TELEPHONIC CONFERENCE RE: _____

☐   OTHER: _____

CASE CONTINUED TO: _____ FOR _____

NOTES:

Settlement agreement signed.

cc:    Chambers